1  Sina Rezvanpour (SBN 274769)
   Jonathan M. Mora (SBN 336527)
2  **SINA REZ LAW**
   21550 Oxnard Street, Suite 450
3  Woodland Hills, CA 91367
   Telephone: (818) 784-0100
4  Facsimile: (818) 574-4049
   service@sinarezlaw.com
5
   Attorneys for Plaintiff
6  **ANNESHA JONES**

7
   Justin H. Sanders (SBN 211488)
8  jsanders@sandersroberts.com
   Sabrina C. Narain (SBN 299471)
9  snarain@sandersroberts.com
   Christine Said (SBN 344348)
10 csaid@sandersroberts.com
   **SANDERS ROBERTS LLP**
11 1055 West 7th Street, Suite 3200
   Los Angeles, CA 90017
12 Telephone: (213) 426-5000
   Facsimile:  (213) 234-4581
13
   Attorneys for Defendant
14 **FORD MOTOR COMPANY**

15

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| ANNESHA JONES,<br><br>  Plaintiff,<br><br>  v.<br><br>FORD MOTOR COMPANY; and DOES 1-100, inclusive,<br><br>  Defendant. | **Case No. 8:23−cv−01932 FWS (ADSx)**<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge:  Hon. Fred W. Slaughter<br>Dept.:   10D<br><br>Sup. Ct.<br>Complaint Filed:  July 6, 2023<br>Trial Date: |
|---|---|

- 1 -   Case No.: 8:23−cv−01932 FWS (ADSx)

JOINT NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES, AND ANY ARBITRATOR OR OTHER COURT-CONNECTED ADR NEUTRAL INVOLVED IN THIS CASE:**

PLEASE TAKE NOTICE that the parties have reached a conditional settlement in the above-captioned matter. Plaintiff and Defendant respectfully request this court vacate future court dates and retain jurisdiction until Plaintiff's Request for Dismissal upon completion of the settlement process. The parties estimate the settlement process should be completed in approximately 90 days.

Dated: November 30, 2023           **SINA REZ LAW**

By: _____
Sina Rezvanpour, Esq.
Jonathan M. Mora, Esq.
Attorneys for Plaintiff
**ANNESHA JONES**

Dated: November 30, 2023           **SANDERS ROBERTS LLP**

By: _____
Justin H. Sanders, Esq.
Sabrina C. Narain, Esq.
Christine Said, Esq.
Attorneys for Defendant
**FORD MOTOR COMPANY**

# FILERS ATTESTATION

Pursuant to Local Rule 5-4.3.4, I, Christine Said, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 30, 2023        **SANDERS ROBERTS LLP**

By: _____
Justin H. Sanders, Esq.
Sabrina C. Narain, Esq.
Christine Said, Esq.
Attorneys for Defendant
**FORD MOTOR COMPANY**



# PROOF OF SERVICE

## [FRCP 5(B)]

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 1055 West 7th Street, Los Angeles, CA 90017. My electronic service address is rburke@sandersroberts.com.

On November 30, 2023, I served the following document(s) described as JOINT NOTICE OF SETTLEMENT on the interested parties in this action as follows:

☐ **By Mail:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **By Personal Service:** I caused to have delivered such document(s) by hand to the office(s) of the addressee(s).

☐ **By Overnight Delivery**: I caused such envelope to be picked up by Federal Express at the firm's address listed above. Such envelope was marked "Overnight Delivery" and had a prepaid, addressed slip.

☐ **By Facsimile:** I caused to be delivered such document by facsimile and envelopes via U.S. Mail to the offices of the addressee(s).

☒ **By Electronic Mail:** I caused the documents to be transmitted by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) shown. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission(s) were unsuccessful.

I declare that I am employed in the office of a member of the bar of the court at whose direction the service was made.

Executed on November 30, 2023, at Los Angeles, California.

*/s/ Rikki Burke*
Rikki Burke

## SERVICE LIST

*Annesha Jones vs. Ford Motor Company*

U.S.D.C. Case No.: 8:23−cv−01932 FWS (ADSx)

| | |
|---|---|
| **SINA REZ LAW** | Attorneys for Plaintiff |
| Sina Rezvanpour, Esq. | **ANNESHA JONES** |
| Jonathan M. Mora, Esq. | |
| 21550 Oxnard Street, Suite 450 | |
| Woodland Hills, CA 91367 | |
| Telephone: (818) 784-0100 | |
| Facsimile: (818) 574-4049 | |
| service@sinarezlaw.com | |